Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Multnomah District of Oregon

Portland Division

Boone, Jeffrey T.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

PeaceHealth Medical Group/Hospital/ER,
Jane Doe, DR/Emergency Service Provider
at PeaceHealth, Portland

---

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 6:25-cv-810 MTK

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Boone, Jeffrey Thomas (SID#15107162) |
| Street Address | Marion County Sherrifs office - Jail 4000 |
| City and County | Aumsville HWY SE, Salem, Marion |
| State and Zip Code | OREGON 97317 |
| Telephone Number | N/A |
| E-mail Address | N/A |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name             Providence/PeaceHealth Group/Hospital/ER

    Job or Title *(if known)*   Corp/entity/LLC

    Street Address      4805 Glisan Street

    City and County     Portland, Multnomah

    State and Zip Code   Oregon, 97213

    Telephone Number   unknown

    E-mail Address *(if known)*  unknown

Defendant No. 2

    Name             Jane Doe

    Job or Title *(if known)*   Doctor/surgeon/Emergency service provider

    Street Address      at PeaceHealth PDX  4805 Glisan St.

    City and County     Portland, Multnomah

    State and Zip Code   Oregon, 97213

    Telephone Number   unknown

    E-mail Address *(if known)*  unknown

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHMENT #1

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHMENT #2

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4/30/25

Signature of Plaintiff

Printed Name of Plaintiff     Jeffrey Thomas Boone #1510762

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Att# c clerk
PAGE# 1
4/30/25

FILED 12 MAY '25 10:36 USDC-ORP

United States District Court
for the
Multnomah District of Oregon
Portland Division

1) Jeffrey T. Boone / Plantiff          Case #
   SID # 15707152

   v

1) Providence PeaceHealth Med.
   Group / Hospital / E.R.          Jury Trial Demanded
   and

2) Jane Doe (DR / Emergency
   Service provider at Providence
   PeaceHealth Portland

          1) Letter to Court Clerk
          This is a brief letter of explanation to
   ensure that the specifics of this civil
   suit are not misunderstood, a note that
   there will be Amendments made on the
   side of the Plantiff, with full understanding
   that some basic research or record
   checking will need completed at earliest
   convenience. Proper heading and title was

placed on this letter in the case it needs

be used as evidence or record throughout

the proceeding or at a Judge/Magistrate/Jurys

convenience. The Plantiff's intent is to make

effort not to waste the time of the Court or

any parties involved.

I x Jeffrey D Barone (Plantiff) am filing

this suit from Marion County Jail. I will be here

for however long it takes to face alleged charges.

I was not incarcerated at the time of the events

of this suit. thus I am not subject to the

rules of the Prison Litigation Reform Act.

Due to my Status (in custody currently), I

have had trenendous difficulty as follows

Att # Clerk
PAGE #2

A) Records, access to my medical records,

personal electronics, note books, calendars etc,

is eliminated. Thus Dates, Names and

form of communication is limited. I filed

suit with hopes of retaining counsel

to assist, should the suit go to trial. I

am also working to obtain personal

effects which will help me amend the

suit (claim)(Relief) N.S.A.E in general, but

specifically due to dates, times, Names

(ex: Jane Doe), and proper titles for defendants.

I ask the court show deference in

regards to these inconsistencies in

claim, as I was not intending to file

Suit while in custody.

B) Obtaining Pro bono counsel. I have made efforts to study and efforts to retain counsel. I sent a letter to Multnomah county Aide for list/recommendations of potential co-counsel. As I am filing Pro-se for now, I will attempt to be clear, concise + comprehensive for convenience of the court and all parties

C) Reduced abilities - As I am in custody for an undetermined (as of today) amount of time, I ask consideration/lenience from the court/ all parties. I am having difficulty researching proper U.S.L, ORS and Common law codes and descriptions. As I gain knowledge I will

to the clerk upon ship out or arrival at any new institution. I ask consideration in regards to time sensitive materials/ correspondences. Also I ask that my State I.D number be listed for record. I was not exactly sure when to appropriately add it to official documents. Jeffrey T. Boone S.I.D #15107162

D) In regards to summons, I have yet to find someone qualified and trustworthy to deliver any/all summons and would ask the assistance of the court in regards to prompt, legal delivery there in.

Thank You,

Jeffrey T. Boone #15107162

Date - 4/30/25

amend accordingly; or per courts request. Ex: Statutes covering Gross Negligence or Responsibility of Hospital/Facility/Employer therein. I cannot get copies (thus no copy for record of letter to MCA). As for indigent status, my commissary records only go back 2 months, but I have enclosed statement.

c) Due to incarceration I cannot list a phone# as is mentioned in Oregon Civil Rules/Law. Also, I am subject to being moved/shipped out at all times. The County will not tell me when or where; however I will prepare pre-written letters to send

WIT # 1
PAGE # 1
4/30/25

FILED 12 MAY '25 10:36 USDC-ORP

United States District Court
for the
Multnomah District of Oregon
Portland Division

1) Jeffrey T. Boone / Plantiff                    } Case #

    v.

1) Providence PeaceHealth Medical Group /
Hospital / ER
    and.                                          } Jury Trial Demanded

2) Jane Doe / DR / Emergency Service
Provider at Providence/PeaceHealth Portland

Parties  1) Jeffrey Thomas Boone #15107262 / Plantiff

        2) Providence PeaceHealth Medical Groups / Hospital / ER / Def #1

        3) Jane Doe / DR / Emergency service Provider at / Def #2
        Providence Portland

                1) Introduction

        This is a civil action filed by Jeffrey T. Boone
(Plantiff) alleging Gross Negligence on part of
Providence PeaceHealth Medical Group (Defendant #1)
as events occurring at the alleged facility invoke
specificity of a group of medical care professionals,
(Defendant #1), to guard against forseeable risk
of physical harm that might well be avoided;
by preventing or initializing a care plan which
leads to adverse medical outcomes. Jane Doe
(Defendant #2), in professional capacity, as

                                                OVER →

an employee and representative of Providence PeaceHealth (Defendant#1), failed to render medical services which should have been recognized as necessity to protect Jeffrey T. Boone (Plantiff) from unnecessary risk of physical harm. Jeffrey T. Boone (Plantiff) is also alleging Medical Malpractice in actions(events caused by Jane Doe (Defendant#2) acting in professional capacity on behalf of Providence PeaceHealth (Defendant#1), by following and creating a care plan which shows the conduct of Jane Doe (Defendant#2), and by proxy Providence PeaceHealth(Defendent#1) was substantial factor in causing unnecessary risk to Jeffrey Boone (Plantiff) ~~the~~ in light of physical harm ~~before~~, during, and after treatment alleged therein. Plantiff is seeking injunctive relief for personal damage (Physical/Psychological/Pain) in monetary form. Plantiff also seeks financial punitive damages ~~and~~ from both named defendants. This is persuant to ORS-677.190 Medical Malpractice

2) Complaint

① On or around October 8th-12th of 2023

② I (Jeffrey T. Bowe (Plantiff)) was directed by

an Urgent Care Physician to go to the E.R

immediately for potential sepsis due to

recurring MRSA infections. ③ I was checked

in accompanied by my friend (Lance Westfall).

④ I was taken to the evaluation room in

triage at Providence Peacehealth Hospital

(Defendant #1) ⑤ The Doctor Jane Doe

(Defendant #2) entered the room and

observed one of three seperate infection

sites ⑥ Jane Doe (Def#2) informed me

the sites would need "Lanced" to remove

infection and fluids. (7) Jane Doe injected

me with a localized anesthetic/numbing agent

such as Lidocaine or Novicaine. (8) Jane Doe (Def#2)

began cutting out the entire infected portion

of the first wound with hacking (sawing motion)

of a scalpel. (9) I informed J.D (Def#2) that

I could feel cutting of my flesh and that the

pain was extreme. (10) I became visibly upset

and began crying and shaking uncontrollably.

(11) I witnessed J.D (Def#2) cutting in a sawing

motion and noted she was slicing beyond subdermal

and into/across muscle on my left upper hip.

(12) This was consistent with the pain I was

experiencing. (13) J.D (Def#2) sympathized

with my complaint (Ref #9) by stating

"I know, I know" (14) However J.D (Def#2)

continued to cut my flesh. (15) J.D (Def#2)

removed flesh from my left hip and right

knee. (16) J.D (Def#2) then stated how strong

I must have been to go through so

much pain. (17) She (J.D-Def#2) also stated

she thought she "got all of them". (18)

I informed her there was a remaining

infection site on my left hamstring. (19)

J.D (Def#2) then said "I'm sorry, but I

need to remove that one as well". (20)

She proceeded to cut all of the flesh

from the remaining wound (21) I was

mortified, and ~~before I realized~~ realized

I was in shock. (22) By now each of the

three infection sites was opened to approximately

the diameter of the top of a shot glass

(2-3 inches) ~~and~~ and cut well into the depth

of the muscle. (23) I was vocal about

the pain I was experiencing throughout and

J.D (Def#2) was the only other person (hospital

staff) in the room the entire time. (24) J.D (Def#2)

pushed me into the hallway to be "Followed up".

(25) I remained in the bed bleeding from

open wounds for approximately 15 minutes.

(25) At this point another Providence/Peacehealth

(Def#1) staff member approached (seemingly

confused) about why I remained in the
hallway unattended and bleeding. (27)
I was then bandaged and taken upstairs
to the Providence/Peace Health hospital (Def#1)
patient boarding. (28) The next day I
was informed that J.D (Def#2) had failed
to successfully remove the MRSA infection
from any of the 3 wounds. (29) I was
placed on intravenous antibiotics, finally
given "appropriate" wound care and prepared
for major surgery. (30) Surgery was scheduled
for the following day. (31) The next
morning I was admitted to surgery to
remove "again" damaged flesh from all

three wounds. (32) this time I was
properly anathestaszed "Put under" and tended
to by a full surgical team as is common
sense/practice for wounds/infection to the
severity I was afflicted by. (33) I was in
the Providence/Peace Health care facility/ER
(Defendant #1) for approximately 4 days,
(34) I underwent an excessive and excruciating
"impromptu" surgery, decided and performed
solely by J.D (Def#2). (35) It was a full
48 hours before I was admitted to the
surgery I needed and was in worse pain
and condition than my arrival. (36) The day
after surgery I was released. (37) Initial

recovery time took 14 weeks. (38) The wounds

I was left with required "wet packing + cleaning"

two to four times daily as they were open

flesh wounds and this left me bedridden/

partially crippled for the first 10 weeks.

(39) I was forced to walk on crutches

for four weeks after, at which point I

was able to apply regular bandaging to

wounds due to exposed muscle tissue.

(40) I was provided no aftercare by Rev. P.H (Defen.)

nor was I provided physical therapy or

assistance with proper wound care/maintenance.

(41) Due to extensive cross-muscle cutting

on each wound I have continuous/

permenant Pain, excessive scarring and wounds that have healed incorrectly.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: 1) Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; 2) is supported by existing law or by a nonfrivolous arguement for extending, modifying, or reversing existing law; 3) the factual contentions have evidentiary support, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and 4) the complaint otherwise complies with Rule #11

Plantiff- Jeffrey T. Boone    x
Date - 4/30/25

United States District Court
for the
Multnomah District of Oregon
Portland Division

Case #

1) Jeffrey T. Boone / Plantiff

v.

1) Providence Peacehealth Medical
Group/Hospital/ER / Defendant #1

and

2) Jane Doe /DR/Emergency service
provider at ProvidencePeacehealth
Portland                    Defendant #2

Jury Trial
Demanded

Parties   1) Jeffrey T. Boone #15107162 / Plantiff

2) Providence Peacehealth Medical
Group/Hospital/ER/          Defendant #1

3) Jane Doe /DR/Emer. Serv. Provider/
employee at Prov. PeaceHealth Portland
                           Defendant #2

1) Relief

Where fore the plantiff (Jeffrey T. Boone)
respectfully requests this Court grant

the following relief.

A) Declare Providence Pewrhealth Hospital (Def#1)

violated State law of Oregon (ORS- To be added see attach

directed to court clerk) as well as Oregon Common

Medical Malpractice (ORS 677.190) Law of Gross Negligence" where fore (Def#1)

failed to provide adequate assesment of the

immediate emergency needs of the Plantiff,

a patient at Providence Pewrhealth Portland; failed

to transfer Plantiff to proper care/treatment which

directly correlates to failure to provide oversight

of Jane Doe (Def#2) which would have protected

Plantiff from unnecessary physical harm by

invoking proper medical emergancy care by appropicate

care team. Negligence to ensure substantial

safeguards were causal in Providence Hospital (Def#2)

failure to promptly terminate harmful
care/views/treatment as preformed by
Jane Doe (Def #2). This resulted in the
plantiff ultimately underwent/endured
extreme physical harm which could
have been avoided absolutely.

B) Declare Jane Doe (Def #2) in violation
of Oregon State Law (ORS- To be added)
Medical Malpractice by malefic performance
and reprehensible conduct by way of
actions/decisions primary and substantial
cause of unnecessary and extreme pain/
suffering forced upon the plantiff. For failure
to provide + secure adequate informed

consent and clear explanation before enacting

or performing a harmful medical procedure

or hospital policy

c) That both defendants receive injunction to

award the following compensatory damages

① Plantiff is asking 10.5 million in personal

damages at (3.5 million per scar) which

have permanently defaced the plantiffs body;

for the embarrassment, humility and mortification

therein. Given proper medical assessment and

treatment, the post surgical scars would be

less pronounced and it can be reasonably stated

that the pain from/and horrific appearance of

each scar greatly reduced if not eliminated

ATT#2
PAGE#3

② Plantiff is asking for 40million dollars
in Personal damages for permenant and
severe mental health issues caused by
neglectful conduct and Medical Malpractice.
For PTSD caused by extreme pain/suffering
of physical nature; enacted by a trusted
agent of professional emergency service
Plantiff now suffers, but did not before

    I-Severe agitation, anxiety, insomnia
from the aforementioned traumatic events

    I - Highly agressive/manic behavior due
to permenant and ongoing physical pain from
improper care by a trusted Health and welfare
entity.

III - Unhealthy Paranoia (mistrust of people
in social or private group settings, fear of
intimacy and distrust of people operating
in professional/official setting.

IV - Physical repulsion and PTSD from
Nerve damage, fear of physical touch, pain
from various forms of physical interaction.
Plaintiff can no longer endure (but used to
participate regularly) in the following examples:
Chiropractic care, massage, physical intimacy,
interactive sports, physical fitness training,
previous forms of labor regarding personal
labor (employment was already covered), various
recreational activities, sitting in any chair for

ATT#2
PAGE#3

extended times, or lying on his left

side for extended times.

(B) Plaintiff is asking 4.5 million dollars in

personal damages as a calculation of

lost wages, diminished earning capacity

as a direct result of initial layoff time,

absenteeism from work, caused by extended

recovery time which could have been

reduced or avoided by receiving a single

comprehensive surgery and proper care

plan. The Plaintiffs lasting, long term

employment at Vigor Marine, title, career,

potential for advancement, ongoing benefits,

and future earning opportunities, were

essentially stripped as a result of the actions/inactions of both defendants.

(4) The Plantiff asks 10 million dollars in personal damages for the severe and ongoing opiate addiction incurred from constant and permenant physical pain/suffering and recurring trauma at operation sites. This addiction started with opiates used for overishelming pain and need for pain reduction, assistance sleeping, during initial 14 weeks of recovery after two surgeries in the same wounds.

(5) Plantiff asks 15 million dollars in punitive damages for direct malificity of performance of Jane Doe (Defter) acting in professional

capacity in the employ of, and under

supervision of Providence Reuldealth Hospital (Deft#1)

Portland; for violation of Plantiffs informed

consent and explanation of practice; pain

and suffering of unnecessary physical

harm; and failure to transfer the Plantiffs

to an appropriate care team/location in

the facility.

⑪ The Plantiff is asking 3.5 million  ~~or~~

dollars in punitive damages as a direct

result of negligent care caused by

Providence Reuldealth Medical (Debt#1); and failure

to perform proper oversight/follow-up

of Jane Doe (Debt#2) as a representative

of Providence (Def#1); in regards to a
seemingly singular decision, lacking 2nd
opinion or Plantiffs informed consent; being
causal to the series of unethical, unprofessional
and dangerous/harmful actions/events which
are in violation of Oregon State/Common
Law as well as civil duty expected of a
liscenced care team.

Total Damages Sought Personal/Punitive
are 75 million dollars

The Plantiffs life has irrevocably been
upended and irreprebly damaged; professional capacity
is crippled and 6years with an employer erased;
the Plantiffs well being (or/and) sense of well
being/confidence destroyed; future permenantly

altered by DTSD, emotional

trauma, physical damage, reduced

capacity for day to day living; including

but not limited to opiate addiction,

which is debilitating and has lead to

homelessness and improper potential

extended incarceration.

Plantiff - Name: Jeffrey T. Boone X

Address: Marion County jail 4000 Aumsville Hwy

SE, Salem, OR 97317

Date of signing - 4/30/25

Under Federal Rule 11, by signing above, I certify

to the best of my knowledge + belief this

complaint: 1) Is not presented for improper

use 2) is supported by existing law or lay

argument for reversing law 3) is factual

and evidentiary support can be provided

4) otherwise complying with Rule 11